UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FUSONG JINLONG WOODEN GROUP CO., LTD., ET AL., <br><br> Plaintiffs, <br><br> and <br><br> LUMBER LIQUIDATORS SERVICES, LLC, ET AL., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING, <br><br> Defendant-Intervenor. | Before: Richard K. Eaton, Judge <br><br> Court No. 19-00144 |

## **ORDER**

Upon consideration of Defendant's consent motion to consolidate, ECF No. 23, it is hereby

**ORDERED** that the following cases are consolidated under the lead case, *Fusong Jinlong Wooden Group Co., Ltd. v. United States*, Consol. Court No. 19-00144:

- *Yihua Lifestyle Technology Co., Ltd., v. United States*, Court No. 19-00146;
- *Huzhou Chenghang Wood Co., Ltd. v. United States*, Court No. 19-00148;
- *Zhejiang Dadongwu Greenhome Wood Co., Ltd. v. United States*, Court No. 19-00151;
- *Sino-Maple (Jiangsu) Co., Ltd. v. United States*, Court No. 19-00152;

- *Struxtur Inc. v. United States*, Court No. 19-00156;

- *Jilin Forest Industry Jinqiao Flooring Group Co., Ltd. v. United States*, 19-00159;

- *Baishan Huafeng Wooden Product Co., Ltd. v. United States*, Court No. 19-00161;

- *Metropolitan Hardwood Floors, Inc. v. United States*, Court No. 19-00162;

- *Lumber Liquidators Services, LLC v. United States*, Court No. 19-00165;

- *Benxi Wood Company v. United States*, Court No. 19-00166;

- *Linyi Anying Wood Co. v. United States*, 19-00167;

- *Scholar Home (Shanghai) New Material Co., Ltd. v. United States*, 19-00169; and it is further

**ORDERED** that the parties' joint status report, proposed scheduling order, and statement of issues for the consolidated case, as required by the court's Rule 56.2 notice, are due on November 29, 2019.


                                            /S/         Richard K. Eaton
                                                         Judge

Dated: October 17, 2019
       New York, New York