UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FUSONG JINLONG WOODEN GROUP CO., LTD. ET AL., | |
| Plaintiffs, | |
| YIHUA LIFESTYLE TECHNOLOGY CO., LTD. ET AL., | |
| Consolidated Plaintiffs, | |
| and | |
| LUMBER LIQUIDATORS SERVICES, LLC ET AL., | Before: Richard K. Eaton, Judge |
| | Consol. Court No. 19-00144 |
| Plaintiff-Intervenors, | |
| v. | |
| UNITED STATES, | |
| Defendant, | |
| and | |
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING, | |
| Defendant-Intervenor. | |

## **JUDGMENT**

Upon consideration of the papers and proceedings had herein, and in conformity with the court's decision in this matter, it is hereby

**ORDERED** that the U.S. Commerce Department's Final Results of Redetermination

Consol. Court No. 19-00144 Page 2

Pursuant to Court Order (June 7, 2024), ECF No. 165-1, are sustained.

                                                /s/ Richard K. Eaton
                                                      Judge

Dated:      September 18, 2024
              New York, New York